

BURKE HARVEY & FRANKOWSKI, LLC

Peter H. Burke
Writer's Telephone No.: 205.930.9091
Writer's E-mail: pburke@bhflegal.com

August 15, 2013

***VIA FEDEX OVERNIGHT DELIVERY***

John Ley, Clerk of Court
Eleventh Circuit Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

      Re:    ***Corey Singletery v. Equifax Information Services, LLC***
               **District Court Case No.: 2:09-cv-00489**
               **Court of Appeals No.: 12-15408-AA**

Dear Clerk:

      Appellant writes to call the Panel's attention to the Complaint for Civil Penalties, Permanent Injunction and other Equitable Relief (Doc 1) and Stipulated Final Judgment and Order for Civil Penalties (Doc 2-1) entered into on August 15, 2013, between the United States of America and Certegy Check Services, Inc., Case 1:13-cv-01247 pending in the United States District Court for the District of Columbia.

      That action is relevant to the instant case because the Federal Trade Commission found that Certegy, while engaging in activities of a Consumer Reporting Agency ("CRA"), failed to comply with Section 612(a)(2) of the Fair Credit Reporting Act, the free annual file disclosure requirement, by failing to collect "only as much personal information as is reasonably necessary to properly identify the consumer." Further, Certegy failed to provide consumers with copies of the disclosures within 15 days after receipt of a request. Paragraph 25 of the Complaint alleged: "In many instances consumers have difficulty obtaining their annual file disclosures from Certegy because Certegy, among other things requires consumers to submit more information than is reasonably necessary to properly identify the consumers before Certegy provides their annual file disclosures. As a result in numerous instances, Certegy made it more difficult for consumers to obtain their annual file disclosures, resulting in delays or the nonfulfillment of consumers' requests. In many instances, Certegy did not provide consumers with their annual file disclosure within fifteen days of receiving their requests."

John Ley, Clerk of Court
Page 2
August 15, 2013

     An overriding theme of Appellant's case is that Equifax systematically used requests for additional personal identifying information to thwart consumers' rights to their annual disclosure. Appellant argued in his Initial brief, at pp. 42-45, that these additional requests were subject to the "reasonably necessary" requirement of the FCRA. Appellant asserted a similar argument in his Reply brief at pp. 13-15, when he cited to the FTC's Final Rule and discussion regarding the potential for abuse when a CRA requested additional identifying information.

                            Sincerely,

                            Peter H. Burke

PHB/mlr
Enclosures
cc:    Barry Goheen, Esq.
       Lewis Perling, Esq.
       K. Ann Broussard, Esq.

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | | |
|---|---|---|
| CORY SINGLETERY, | * | |
| | * | |
| Appellant | * | |
| | * | APPEAL NUMBER 12-15408-AA |
| v. | * | |
| | * | |
| EQUIFAX INFORMATION SERVICES, LLC, | * | |
| | * | |
| | * | |
| Appellee. | * | |

## CERTIFICATE OF INTERESTED PERSONS

COMES NOW Appellant, Cory Singletery, and files this Certificate of Interested Persons as follows:

The undersigned court of record certifies that the following listed persons have an interest in the outcome of this case.

**A.   PARTIES**

Cory Singletery

Equifax Information Services, LLC

**B.   ATTORNEYS**

**For Appellant:**

BURKE, HARVEY & FRANKOWSKI, LLC
Peter H. Burke ASB-1992-K74P
pburke@bhflegal.com
W. Todd Harvey ASB-3215-E64W

tharvey@bhflegal.com
Micah S. Adkins ASB-8639-I48A
J. Allen Schreiber ASB-2540-R76J
aschreiber@bhflegal.com
2151 Highland Ave., Suite 120
Birmingham AL 35205
Telephone: 205-930-9091
Facsimile: 205-930-9054

KIRBY JOHNSON, PC
Jeffrey C Kirby
William T. Johnson, III
2007 Third Avenue North
Birmingham, AL 35203
Telephone: 205-458-3553
Facsimile: 205-458-3589

**For Appellee:**

KING & SPALDING, LLP
Barry Goheen, Esq.
Lewis Perling, Esq.
K. Ann Broussard, Esq.
1180 Peachtree Street
Atlanta, GA 30309
Telephone: 404-215-5725
Facsimile : 404-572-5100

JONES, WALKER, WAECHTER, POITEVENT CARRERE & DENEGRE
Victoria J. Franklin-Sisson
500 Financial Center
505 20th Street North, Suite 600
Birmingham, AL 35203

Respectfully Submitted,

*/s/ Peter H. Burke*
Peter H. Burke (ASB-1992-K74P)
Micah S. Adkins (ASB-8639-I43A)
J. Allen Schreiber (ASB-2540-R76J)
**BURKE, HARVEY & FRANKOWSKI, LLC**
2151 Highland Avenue South, Suite 120
Birmingham, AL 35205
Phone:      (205) 930-9091
Fax:        (205) 930-9054
Email:      pburke@bhflegal.com
            aschreiber@bhflegal.com
            madkins@bhflegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2013, I have served a copy of the foregoing notice by electronic means using the CM/ECF system or by First Class US Mail to the following counsel of record:

Barry Goheen, Esq.
Lewis Perling, Esq.
K. Ann Broussard, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, GA 30309

Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent Carrere & Denegre
500 Financial Center
505 20th Street North, Suite 600
Birmingham, AL 35203

*/s/ Peter H. Burke*
OF COUNSEL