UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-15408
_____

District Court Docket No.
2:09-cv-00489-SLB

CORY SINGLETERY,
individually and on behalf of class of similarly situated persons,

        Plaintiff - Appellant,

versus

EQUIFAX INFORMATION SERVICES, LLC,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Alabama
_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: October 03, 2013
For the Court: John Ley, Clerk of Court
By: Djuanna Clark